# EXHIBIT A

PLEASE REVIEW LOAN AGREEMENT CAREFULLY.

Unsecured Personal Installment Loan by Green Arrow Solutions
REVISION DATE: OCT 2019

PLEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE PAYMENT CHOICE AUTHORIZATION.

Loan #[redacted]

| | |
|---|---|
| Agreement Date: 02/16/2022<br>Effective Date:02/17/2022 | Loan #[redacted]<br>Final Maturity Date: Friday June 17, 2022 |
| Green Arrow Solutions<br>P.O. Box 170<br>Finley, CA 95435<br>Email Address: cs@greenarrowloans.com | NAME: JOHN TOLER<br>ADDRESS: [redacted]<br><br>Phone:<br>Cell Phone: [redacted]<br><br>Email Address: [redacted] |

In this Loan Agreement (this "Loan Agreement") the words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us", "Enterprise" and "our" mean Green Arrow Solutions. We are an economic development arm of, instrumentality of, and wholly-owned and controlled business of the Big Valley Band of Pomo Indians of the Big Valley Rancheria (the "Tribe").

You have chosen the Instant Funding option for your Loan, which means that we will disburse your loan proceeds immediately, in exchange for a $10.00 service fee, which shall be paid the next business day after the effective date of the loan.

We cannot commit to make a loan to you unless your completed application is approved by our underwriting department, located on the Tribe's Rancheria.

## TRUTH-IN-LENDING DISCLOSURES

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid after making all payments as scheduled. |
|---|---|---|---|
| 775.12% | $485.59 | $300.00 | $785.59 |

**Payment Schedule:** Your Payment Schedule will be:

| Number of Payments | Payment Due | Payment Date |
|---|---|---|
| 1 | $10.00 | 02/17/2022 |
| 1 | $86.18 | 02/25/2022 |
| 1 | $86.18 | 03/11/2022 |
| 1 | $86.18 | 03/25/2022 |
| 1 | $86.18 | 04/08/2022 |
| 1 | $86.18 | 04/22/2022 |
| 1 | $86.18 | 05/06/2022 |
| 1 | $86.18 | 05/20/2022 |
| 1 | $86.18 | 06/03/2022 |
| 1 | $86.15 | 06/17/2022 |

Instant Funding Fee: Because you have chosen the Instant Funding option, we will charge you a $10.00 service fee. This fee shall be paid on the next business day after the effective date of the loan. It is a fixed service fee and is not part of the principal, nor is it financed through future payments. Interest is not paid on the Instant Funding fee, but it is included as part of the Finance Charge reflected in this Agreement.

Late Charge: If a payment is 5 days or more late, you will be charged $30.
Prepayment: If you pay off early, you will not have to pay a penalty.
See the terms of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed/Amount given to you directly 300.00

SPECIAL NOTICES:

- YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
- YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
- YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
- NON-PROFIT CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

PROMISE TO PAY: You promise to pay us the principal sum of $300.00 plus the Instant Funding fee of $10.00 plus interest on principal at a rate of 740.00%% per year ("Contract Rate"). The daily rate of interest is the Contract Rate divided by 365. You agree to pay the Instant Funding Fee on the day after the effective date of the loan. You further agree to make scheduled payments on the dates and in the amounts shown in the Payment Schedule above, or as may be later modified ("Payment Due Dates") by agreement of the parties. You also promise to pay the Lender all other charges provided for under this Agreement.

DISBURSEMENT: Because you have chosen the Instant Funding option, your loan proceeds will typically be disbursed within the same day of the execution of this Loan Agreement. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into Your Bank Account described in your Disbursement and Payment Choice Authorization. The date that your loan proceeds are deposited to Your Bank Account is the "Disbursement Date". Unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of god", or "acts of terror" may extend the time for the deposit.

CANCELLATION: As this is an Instant Fund loan, your loan proceeds will typically be disbursed within the same day of the execution of this Loan Agreement, and as such, your right to cancel your payment obligations under this Loan Agreement is limited. Your loan proceeds, including payment of the Instant Funding fee. You may, however, prepay your Loan at any time, in which case you are still responsible for any interest or other finance charges that have accrued to that point. You may cancel your payment obligations under this Loan Agreement, without cost or finance charges, no later than 1:00 p.m. Pacific Time of the next business day immediately following the Disbursement Date ("Cancellation Deadline"). Your right to cancel your loan only applies if your loan either hasn't been funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us in writing, by or before the Cancellation Deadline, either by email to cs@greenarrowloans.com or by fax 888-965-3953, that you want to cancel the future payment obligations on this loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but before the loan proceeds have been deposited to Your Bank Account, then we will not debit Your Bank Account and both your and our obligations under this Loan Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but after the loan proceeds have been deposited to Your Bank Account, then you authorize us to effect a debit to Your Bank Account or your debit card as you chose in your Payment Choice Authorization for the principal amount of this Loan Agreement, as well as the Instant Funding Fee. If we receive payment of the principal amount via debit, then both your and our obligations under this Loan Agreement will be rescinded. If we do not receive payment of the principal amount by debit to Your Bank Account or your debit card, then this Loan Agreement will remain in full force and effect.

PAYMENT METHOD: Although your eligibility for this Loan is not contingent on authorization to make payments electronically (such as through automatic electronic debit (ACH)), in order to select the Instant Funding option, you must authorize us to initiate payment of the Instant Funding fee via ACH payment. If you do not select the Instant Funding option, you may select other forms of payment as set forth in the Payment Choice Authorization. PLEASE NOTE: If you revoke your Debit Card and/or ACH authorization, then you authorize us to initiate your scheduled payments by remotely-created check or as otherwise set forth in this Agreement. If you elect to mail your payments by certified check or money order (i) all payments must be mailed to: P.O. Box 170, Finley, CA 95435 and (ii) payment must reach this address by the scheduled Due Date. Please contact us at 1-877-596-1340 for other payment methods that may be available. Regardless of the payment method used, a payment must be received by us on or before the scheduled Due Date. Payments will be applied first to finance charges, then principal, then to any late charges or returned payment fees.

VERIFICATION: You certify that the information given in connection with this Agreement is true and correct. You authorize us to verify all of the information that you gave us such as any past and/or present employment history, income and bank account details as may be necessary to process your application for a loan determine Due Dates and administer your account with us. You specifically authorize us to use information you provided us, including your social security number and/or bank account number, to verify information in your Bank Account through telephone initiated bank records. You also give us consent to obtain information about you from consumer reporting agencies or other sources. You represent that you are not a debtor under any proceeding in bankruptcy and have no intention to file a petition for relief under any chapter of the United States bankruptcy code.

ACH CREDIT AND DEBIT AUTHORIZATION: As part of the optional Instant Funding service, you elected to receive funding and make payments by ACH credit and debit on the Funding and Payment Method Selection Form. You hereby authorize us, and our successors and assigns, to initiate an automatic credit entry of the loan proceeds and automatic debit entries for payments in accordance with this Agreement and to your Bank Account as identified below (your "Bank Account"):

BANK ACCOUNT: Bank Routing Number: [redacted] and Bank Account Number: [redacted]

You agree that we will initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the loan proceeds, then we will not be able to deposit the loan proceeds into your Bank Account.

You also agree that we will initiate debit entries on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize us to initiate a separate ACH debit entry to your Bank Account for any applicable returned payment and/or late charges in the amounts set forth in your Agreement with us. You authorize us to re-initiate any ACH up to two additional times for the same amount if the ACH is dishonored.

You may revoke this authorization by contacting us in writing at cs@greenarrowloans.com or by phone at 1-877-596-1340. You must contact us at least three (3) business days prior to when you wish the authorization to terminate. If you revoke your ACH authorization, we will also consider that a revocation of your Debit Card authorization below. If you revoke the ACH authorization, you authorize us to make your payments by remotely-created checks as set forth below.

You have the right to receive notice of all transfers varying in amount from the range specifed below. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying amount). The amount of any ACH debit will range from (i) the payment amount provided in this Agreement (which may be less than a scheduled payment if partial prepayments have been made), to (ii) an amount equal to the scheduled payment plus as applicable, any returned payment charges and/or any late charges you may owe under this Agreement. For any recurring electronic debit outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this ACH Credit and Debit Authorization you choose to only receive notice when a recurring electronic debit amount exceeds the range specified. You also authorize us to verify all of the information that you have provided, including past and/or current information. You agree that the debit entries authorized herein are voluntary, and that certain entries will recur at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Bank Account, then you authorize us to verify and

correct such information. If any payment cannot be obtained by ACH, you remain responsible for such payment and any resulting fees.

In addition, if (1) we cannot process your authorized ACH debits for any reason other than revocation, (2) you specifically request that we debit your Debit Card, or (3) you default on a payment, then you also authorize us, and our successors and assigns, to initiate automatic debit entries for payments in accordance with this Agreement to your Debit Card,. You agree we will initiate debit entries to your Debit Card on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe. You further authorize us to initiate a separate debit to your Debit Card for any applicable returned payment and/or late charges in the amounts set forth in this Agreement. If the debit entries are dishonored, you authorize us to initiate separate debit entries for the dishonored amount or lesser amounts in increments of $25 until the amount owing is paid in full.

You may revoke this authorization by contacting us in writing at cs@greenarrowloans.com or by phone at 1-877-596-1340 You must contact us at least 3 days prior to when you wish the authorization to terminate. If you revoke the Debit Card authorization, you authorize us to make your payments by remotely-created checks as set forth below.

You have the right to receive notice of all transfers varying in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring electronic debiting (in lieu of providing the notice of transfers in varying in amount). The amount of any debit, not including the one-time $10 Instant Funding fee will range from (i) the payment amount provided in this Agreement (which may be less than a scheduled payment if partial prepayments have been made), to (ii) an amount equal to the scheduled payment plus as applicable, any returned payment charges and/or any late charges you may owe under this Agreement. For any recurring debit outside of this specified range, we will send you a notice. Therefore, by agreeing to the terms of this Debit Card Authorization you choose to only receive notice when a recurring debit amount exceeds the range specified. You also authorize us to verify all of the information that you have provided, including past and/or current information. You agree that the debit entries authorized herein are voluntary, and that certain entries will recur at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Debit Card, then you authorize us to verify and correct such information. If any payment cannot be obtained by your Debit Card, you remain responsible for such payment and any resulting fees under the Agreement.

REMOTELY-CREATED CHECK AUTHORIZATION: If (1) you have specifically elected to make your payments by remotely-created check, (2) you elected to receive funding and make payments by Debit Card or ACH credit and debit and you subsequently revoke either authorization, (3) we are unable to process your payments by Debit Card or ACH for any reason, or (4) you have defaulted on a payment, then by electronically signing this Agreement you authorize us to create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account, and to submit each check for payment to the Bank or other financial institution in the amount of each payment owing to us under this Agreement on or after each scheduled payment date ("Remotely Created Check"), otherwise known as a demand draft, telecheck, preauthorized draft or paper draft. If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a remotely created check for any late fees, or other amounts accrued pursuant to this Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. If you believe we charged your Bank Account in a manner not contemplated by this authorization, then please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayments. This Remotely Created Check authorization is only effective if you originally selected Debit Card or ACH as your funding and payment method and then you revoke either authorization, we are unable to process your payments by either method for any reason, or you defaulted on a payment. If you would like to dispute a payment related to a remotely created check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain re-crediting of amounts we obtained via a Remotely Created Check, contact us by calling: 1-877-596-1340.

CHECK CONVERSION NOTIFICATION: If you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

ASSIGNMENT: This Loan Agreement may not be assigned by you. We may assign or transfer this Loan Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.

DEFAULT: You will be in default under this Agreement if you do not pay us a scheduled payment or any other amounts you owe us when due or your chosen payment method is stopped, denied or otherwise dishonored. If you default on your loan, we can choose to declare all principal, finance charges and other amounts that you owe us to be immediately due and payable in full. If you are in default and you authorized debits from Your Bank Account, you agree that we can debit Your Bank Account or debit card, as applicable, for the full amount that you owe us. Additionally, if you do not cooperate with us on repaying your debt to us we may submit your name to a collection agency and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

LATE CHARGE: You agree to pay a late charge of $30 if a payment is 5 days or more late. If you authorized debits from Your Bank Account in your Payment Choice Authorization, you agree that we may debit your Bank Account for any late charges.

REFUSED INSTRUMENT CHARGE: If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30. If you authorized debits from either Your Bank Account or debit card in your Payment Choice Authorization, you

agree that we may debit your Bank Account or debit card, as applicable, for any refused instrument charges. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.

CONSUMER REPORTS: You authorize us to obtain consumer reports about you now or in the future as long as you owe us money under this Loan Agreement.

GOVERNING LAW. The laws of the Tribe and federal law, as applicable will govern this Loan Agreement, without regard to the laws of any state, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

SOVEREIGN IMMUNITY: This Loan Agreement and all related documents are being submitted by you to us as an economic arm, instrumentality, and wholly-owned and operated business of the Tribe. The Tribe is a federally-recognized American Indian Tribe and enjoys governmental sovereign immunity. Because we and the Tribe are entitled to sovereign immunity, you will be limited as to what claims, if any, you may be able to assert against the Tribe and us. To encourage resolution of consumer complaints, any complaint may be submitted by you or on your behalf to the Tribe for review as described under "Tribal Dispute Resolution Procedure Provision" below.

PRESERVATION OF SOVEREIGN IMMUNITY: It is the express intention of the Tribe and us operating as an economic arm of the Tribe, to fully preserve, and not waive either in whole or in part, exclusive jurisdiction, sovereign governmental immunity, and any other rights, titles, privileges, and immunities, to which we and the Tribe are entitled. To protect and preserve the rights of the parties, no person may assume a waiver of sovereign immunity. No waiver is or can be made except by express written declaration of the Tribe's governing body specifically authorizing a waiver for the matter in question. No such waiver has been made with respect to either your Loan Agreement or your Payment Choice Authorization.

MILITARY LENDING: By signing this Agreement you certify that you are not a member of the military or the spouse/dependent of a military member. Specifically, you certify that you are not, and you are not the spouse or dependent of a regular reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active due under a call or order that does not specify a period of 30 days or fewer, or servicing on Active Guard or Reserve Duty. (Dependents include the member's spouse, child under the age of 18 years old or an individual for whom the member provided more than one half of their financial support for 180 days preceding the date of this Agreement).

TRIBAL HOTLINE: If you have already contacted Customer Service in an attempt to resolve an issue or concern and still need additional assistance, please contact the Tribal Consumer Financial Services at 1-855-227-8301 between the hours of 9am and 5pm Pacific Time.

TRIBAL DISPUTE RESOLUTION PROCEDURE PROVISION

As an accommodation to consumers, the Tribe has established a Tribal Dispute Resolution Procedure (the "Tribal Dispute Resolution Procedure" or "Procedure") to review, and consider any and all types of complaints made by or on behalf of our consumers relating to or arising from the Loan Agreement. You may request a copy of the Tribal Consumer Financial Services Regulatory Ordinance by written request mailed along with a self-addressed postage paid return envelope to Tribal Consumer Financial Services Regulatory Ordinance Request, Attn: Regulatory Agent, P.O. Box 170, Finley, CA 95435. The Tribe and Enterprise intend and require, to the extent permitted by law, for any complaint lodged, filed, or otherwise submitted by you or on your behalf to follow the Procedure. Under the Procedure, a consumer who, in the course of his or her otherwise lawful and proper use of Enterprise's business, has concerns about the operation of any part of Enterprise or who otherwise believes himself or herself to be aggrieved by some aspect of the operation of any part of Enterprise's business, shall direct his or her concerns or dispute in the first instance to Enterprise management, either orally or in writing. A person's complaint to the Enterprise shall be considered similar in nature to a petition for redress submitted to a sovereign government, without waiver of sovereign immunity and exclusive jurisdiction, and does not create any binding procedural or substantive rights for a petitioner. In the event that the consumer is dissatisfied with Enterprise's initial determination, he or she may request review of Enterprise's initial determination by submitting such request in writing to the Tribal Consumer Financial Services Regulatory Authority ("Authority"), P.O. Box 170, Finley, CA 95435, no later than ten (10) days after receiving Enterprise's initial determination. You will have the opportunity to be heard regarding the dispute, in person or through telephonic conference. You may be represented by legal counsel at your own expense. A consumer may then appeal an Authority opinion by submitting such request in writing to the Tribal Business Committee within twenty (20) days of receiving the Authority's final written decision. Any decision of the Tribal Business Committee on appeal shall be final and not subject to further appeal. Any determination by or on behalf of the Tribe or Tribal Consumer Financial Services Regulatory Authority, whether procedural or substantive, shall be made by the Tribe in its sovereign discretion.

WAIVER OF JURY TRIAL: The Tribal Dispute Resolution Procedure has been created by the Tribe and the Enterprise as a courtesy to consumers and is the sole and exclusive dispute resolution mechanism for disputes and claims arising under this Agreement. THEREFORE, YOU ACKNOWLEDGE AND AGREE AS FOLLOWS:

1. The words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to this Tribal Dispute Resolution Provision, ("this Provision"), the validity and scope of this Provision and any claim or attempt to set aside this Provision; (b) all U.S. federal or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Loan Agreement, the information you gave us before entering into this Loan Agreement, including the customer information application, and/or any past Loan Agreement or Agreements between you and us; (c) all counterclaims, cross-claims and third-party claims; (d) all common law claims, based upon contract, tort,

fraud, or other intentional torts; (e) all claims based upon a violation of any state or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against the Tribe, us and/or any of our employees, agents, directors, officers, governors, managers, members, parent company or affiliated entities (collectively, "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a representative and member of a class of persons, or in any other representative capacity, against us and/or related third parties ("Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

2. You acknowledge and agree that by agreeing to this Waiver of Jury Trial provision:

(a) YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;

(b) YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and

(c) YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.

3. All disputes including any Representative Claims against us and/or related third parties shall be resolved by the TRIBAL DISPUTE RESOLUTION PROCEDURE only on an individual basis with you as provided for pursuant to Tribal law. THEREFORE, NO LITIGATION OR ARBITRATION IS AVAILABLE AND NO JUDGE OR ARBITRATOR SHALL CONDUCT CLASS PROCEEDINGS; THAT IS, YOU SHALL BE INELIGIBLE TO SERVE AS A CLASS ACTION REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN LITIGATION OR ARBITRATION.

4. All disputes arising out of, relating to, or in connection with this Agreement shall be finally settled under the Tribal Dispute Resolution Procedure.

5. This Tribal Dispute Resolution Procedure is binding upon and benefits you, your respective heirs, successors and assigns. This Tribal Dispute Resolution Procedure is binding upon and benefits the Tribe, us, our successors and assigns, and related third parties. This Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Tribal Dispute Resolution Procedure survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing.

Your right to file suit against us for any claim or dispute arising from or relating to this Agreement is limited by the WAIVER OF JURY TRIAL AND THE TRIBAL DISPUTE RESOLUTION PROCEDURE provisions.

THIS TRIBAL DISPUTE RESOLUTION PROCEDURE PROVISION MEANS THAT:

- YOUR RIGHT TO FILE SUIT AGAINST US FOR ANY CLAIM OR DISPUTE REGARDING THIS AGREEMENT IS LIMITED BY THIS PROVISION AND SOVEREIGN IMMUNITY.
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES.
- YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND
- YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.

CONSENT TO ELECTRONIC COMMUNICATIONS

The following terms and conditions govern electronic communications in connection with this Loan Agreement and the transaction evidenced by this Loan Agreement (this "Consent"). By electronically signing this Loan Agreement by clicking the "I AGREE" button and entering your name below, you are confirming that you have agreed to the terms and conditions of this Consent and that you have the ability to download or print a copy of this Consent for your records. You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Loan Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by sending it to you by e-mail or by posting the information at our web site, https://www.greenarrowloans.com.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so.
- You may obtain a copy of any Communication by contacting us at https://www.greenarrowloans.com, writing to us at cs@greenarrowloans.com, or by calling us at 1-877-596-1340. You also can withdraw your consent to ongoing electronic

communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in paper or non-electronic form, we may elect to terminate this Loan Agreement and demand payment of the amount then due by the date of your withdrawal of consent; or by the expiration of any minimum term mandated by law, whichever is later.

- You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the change.
- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice.

CONSENT TO RECEIVE OF TEXT MESSAGES

As used in this Consent, "Text Message" means any text messaging communication from us to you pertaining to your loan, including but not limited to payment information, account information, due dates, delinquent accounts, and program updates relating to your loan, but excluding advertising or telemarketing Text Messages. All Text Messages from us in electronic format to you will be considered "in writing."

- How To Unsubscribe: You may withdraw your consent to receive Text Messages by calling us at 1-877-596-1340 or emailing us at cs@greenarrowloans.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive Text Messages. Any withdrawal of your consent to use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.
- In order to access, view, and retain Text Messages that we make available to you, you must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.
- To request additional information, contact us by telephone at 1-877-596-1340
- The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.
- There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings.
- You agree that we may send any Text Messages related to your loan through your communication service provider in order to deliver them to you and that your communication service provider is acting as your agent in this capacity. You agree to indemnify, defend and hold us harmless from and against all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state or local law, regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Loan Agreement. You agree that Text Messages are provided for your convenience only.
- Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us.
- We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS

By signing this section, you consent to our sending you advertising and telemarketing Text Messages to the mobile phone number you have provided below. You also consent to advertising or our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice.

☑ You signing this section will be deemed to be your signature acknowledging your consent to receive advertising and telemarketing Text Messages and telephone calls as described above to your mobile phone at No Opt Phone Number

You are not required to consent to advertising or telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive marketing text messages or marketing calls to the mobile number provided by calling us at 1-877-596-1340 or emailing us at cs@greenarrowloans.com

You understand that: any Text Messages we send you may be accessed by anyone with access to your Text Messages; and your mobile phone service provider may charge you fees for Text Messages that we send you, and you agree that we shall have no

liability for the cost of any Text Messages.

SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS

BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:

- THE TRIBAL DISPUTE RESOLUTION PROCEDURES PROVISION
- THE CONSENT TO ELECTRONIC COMMUNICATIONS
- THE CONSENT TO RECEIVE TEXT MESSAGES

YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT FOR YOUR RECORDS.

DocuSigned by:

[I AGREE] Print Name: [redacted] Date: 2/16/2022
Please type your name above

| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION FOR Green Arrow Solutions | Loan #: [redacted] |
|---|---|

| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reason Green Arrow Solutions chooses to share; and whether you can limit this sharing. |
|---|---|

| Reasons we can share your personal information | Does Green Arrow Solutions share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | Yes |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes – information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| To limit our sharing | • Call 1-877-596-1340– our menu will prompt you through your choices<br>• Visit us on the web at www.greenarrowloans.com<br>• Contact us via email at cs@greenarrowloans.com<br><br>Please note:<br><br>If you are a new customer, we can begin sharing your information 30 days from the date we sent this notice. When you are no longer our customer, we can share your information as described in this notice.<br><br>However, you can contact us at any time to limit our sharing. |
|---|---|
| Questions? | Call 1-877-596-1340 or go to www.greenarrowloans.com |

| Who we are | |
|---|---|
| Who is providing this notice? | Green Arrow Solutions, a business wholly-owned by the Big Valley Band of Pomo Indians of the Big Valley Rancheria, is providing this privacy policy. |

| What we do | |
|---|---|
| How does Green Arrow Loans protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures. These measures include computer safeguards and secured files and buildings. |
| How does Green Arrow Loans collect my personal information? | We collect your personal information, for example, when you<br>• Apply for a loan<br>• Give us your income information<br>• Tell us where to send the money<br>• Provide account information<br>• Provide employment information<br>We also collect your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only<br>• sharing for nonaffiliates to market to you<br>• sharing for affiliates' everyday business purposes – information about your creditworthiness<br>• affiliates from using your information to market to you |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies. Our affiliates include other business entities of the Big Valley Band of Pomo Indians of the Big Valley Rancheria. |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |

02/16/2022