UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN TOLER, | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Cause No. 1:22-cv-1214-RLM-MJD |
| v. | ) | |
| | ) | |
| GREEN ARROW SOLUTIONS d/b/a | ) | |
| GREEN ARROW LOANS, *et al.*, | ) | |
| | ) | |
| *Defendants* | ) | |

ORDER

Pursuant to the parties' joint stipulation of dismissal, [Doc. No. 57], and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the court DISMISSES Mr. Toler's individual claims with prejudice and the putative class claims without prejudice. Each party is to bear its own costs.

SO ORDERED.

ENTERED: January 17, 2023

/s/ Robert L. Miller, Jr.
Judge, United States District Court

Distribution to all counsel of record via CM/ECF.