UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN TOLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-01214-RLM-MJD |
| | ) |
| GREEN ARROW SOLUTIONS D/B/A | ) |
| GREEN ARROW LOANS, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day directed the entry of final judgment, the Court now enters FINAL JUDGMENT. Mr. Toler's individual claims are **dismissed with prejudice** and the putative class claims are **dismissed without prejudice.**

ENTERED: January 17, 2023

      /s/ Robert L. Miller, Jr.
Judge, United States District Court

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF.